UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                                  Case No. 5:04-cv-442-Oc-10GRJ

ROSE CHARBONEAU,

        Defendant.
_____

## **O R D E R**

Before the Court is Defendant Rose Charboneau's pro se "Motion to Dismiss for Lack of Substantive Regulations" (Doc. 23) to which the United States has responded (Doc. 24). Also before the Court is the Defendant's "Restatement of Motion to Dismiss for Lack of Substantive Regulations" (Doc. 25) to which the United States has responded (Doc. 26). This is an action by the United States to reduce its tax assessments against the Defendant to judgment and to eject the Defendant from certain real property previously seized and sold to the United States in partial satisfaction of the Defendant's tax liabilities. The Defendant moves to dismiss the complaint against her on the basis that there are no substantive regulations which permit the United States to enforce the provisions of the tax code. The Defendant's arguments are without merit. The provisions of the tax code that the United States is proceeding under do not require the enactment of regulations to have the force of law. Accordingly, the Defendant's motions (Docs. 23 & 25) are DENIED.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this 26th day of April, 2005.

                                                          UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
                  Pro se party